1  Suzanne C. Leidner
2  LEIDNER & LEIDNER
3  4622 Hollywood Blvd.
   Los Angeles, CA 90027
4  Tel: (323) 664-5670
5  Fax:(323)662-0840
   email: Scleidner@aol.com
6  State Bar of California #090387

7
8  Attorney for Plaintiff
   JESUS RODRIGUEZ HERNANDEZ

FILED
CLERK, U.S. DISTRICT COURT

MAY -2 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT CALIFORNIA
EASTERN DIVISION

| | | |
|---|---|---|
| JESUS RODRIGUEZ HERNANDEZ | ) | CASE NO.: 5 CV 13 00741 E |
| Plaintiff | ) | [~~Proposed~~] Order Awarding EAJA Fees |
| vs. | ) | |
| CAROLYN W. COLVIN, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

IT IS ORDERED that based upon the parties Stipulation for the Award and Payment of Equal Access to Justice (EAJA) Fees, Plaintiff shall be awarded attorney fees under EAJA in the amount of THIRTY-FOUR HUNDRED DOLLARS and 00/cents ($3,400.00), as authorized by 28 U.S.C. 2412(d), and subject to the terms of the above-referenced Stipulation.

DATED: ~~APRIL~~ MAY  2 , 2014

_____
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

-1-